1 | **SO. CAL. EQUAL ACCESS GROUP**
2 | Jason J. Kim (SBN 190246)
3 | Jason Yoon (SBN 306137)
  | Kevin Hong (SBN 299040)
4 | 101 S. Western Ave., Second Floor
  | Los Angeles, CA 90004
5 | Telephone: (213) 252-8008
  | Facsimile: (213) 252-8009
6 | cm@SoCalEAG.com

Attorneys for Plaintiff
YEONG LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>        Plaintiff,<br><br>   vs.<br><br>EL METATE, INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 8:24-cv-00484 JAK (KESx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff YEONG LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  June 28, 2024          **SO. CAL. EQUAL ACCESS GROUP**


By:   */s/   Jason J. Kim*
       Jason J. Kim, Esq.
       Attorneys for Plaintiff